IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 24-33450 |
| | § | |
| LAND & SEA INDUSTRIES, LLC, | § | |
| | § | |
| Debtor | § | |

**REQUEST AND STIPULATION FOR HYBRID HEARING**
Hearing Date: October 30, 2024 at 11:00 a.m.

Pursuant to Section 9 of the Court's published courtroom procedures and practice guide, nFusion Capital Finance, LLC ("**nFusion**") respectfully requests that the above-referenced hearing on Stellar Bank's *Motion for Release of Sale Proceeds from the Registry of the Court* [ECF No. 75] (the "**Motion**") be converted to a hybrid hearing so that the undersigned counsel may appear by video. Said counsel does not intend to offer exhibits or witness testimony. Stellar Bank, the movant, and the Committee, which filed a limited objection, have each consented to the hybrid hearing, as evidenced by the signatures of counsel below. A proposed order is submitted herewith.

WHEREFORE, nFusion respectfully requests that the Court enter the attached proposed order converting the hearing on the Motion to a hybrid hearing.

Respectfully submitted,

SCHOBER & SCHOBER, P.C.
1611 Nueces Street
Austin, Texas 78701
512.474.7678
512.498.1333 (fax)

*/s/ James M. Schober*
Teresa Ruiz Schober (Tex. Bar No. 24005353)
teresa@schoberlegal.com
James Matthew Schober (Tex. Bar No. 24004907)
State Bar No. 24004907
jim@schoberlegal.com
*Attorneys for nFusion Capital Finance, LLC*

**CONSENT ACKNOWLEDGED:**

THE WALKER FIRM
125 N. Main Street
Jasper, Texas 75951
(409) 384-9899
(409) 384-8899 (facsimile)

*/s/ Ted L. Walker (w/perm.)*
Ted L. Walker
Email: twalker@walker-firm.com
State Bar No. 20733100
*Attorneys for Stellar Bank*

    **-and-**

OKIN ADAMS BARTLETT CURRY LLP

By: */s/ Ryan A. O'Connor (w/perm)*
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    David L. Curry, Jr.
    Texas Bar no. 24065107
    Email : dcurry@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    Email : roconnor@okinadamscom
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel : 713.228.4100
    Fax : 346.247.7158
*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 28, 2024, a true and correct copy of the preceding was served to all parties requesting notice via the Court's CM/ECF system, on all persons consenting to such service.

                                          */s/ James M. Schober*
                                          James M. Schober

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 24-33450** |
| | § | |
| **LAND & SEA INDUSTRIES, LLC,** | § | |
| | § | |
| | § | |
| **Debtor** | § | |

## ORDER CONVERTING HEARING TO HYBRID FORMAT
### Hearing Date: October 30, 2024 at 11:00 a.m.

The Court has considered the request and stipulation filed by nFusion Capital Finance, LLC to convert the above-referenced hearing on Stellar Bank's *Motion for Release of Sale Proceeds from the Registry of the Court* [ECF No. 75] (the "**Motion**") to a hybrid hearing, and has determined that the request should be granted. The hearing on the Motion shall be conducted in hybrid format, and nFusion is authorized to appear by videoconference. Parties should reference the Court's website (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman) for in person hearing requirements and connection instructions for virtual appearances.

SO ORDERED this ___ day of October 2024.

_____
Jeffrey Norman
United States Bankruptcy Judge