United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-33450 |
| LAND & SEA INDUSTRIES, LLC § | |
| *Debtor* § | |
| § | CHAPTER 11 |

### ORDER GRANTING CREDITOR STELLAR BANK'S MOTION FOR RELEASE OF SALES PROCEEDS FROM THE REGISTRY OF COURT
(Related to DN. 75)

Stellar Bank's Motion for Release of Sales Proceeds from the Registry of the Court (DN. 75) is hereby **GRANTED.** Therefore, the Court **ORDERS** the Clerk to release the funds from the Registry of the Court to Stellar Bank in the amount of **$125,881.47** – Stellar Bank's share of the auction sale proceeds minus Stellar Bank's allocated pro rata expenses and less $8,481.00 as a hold back reserved subject to further Order of the Court regarding future allowance of carve outs, ($141,350.00 - $6,987.53 = $134,362.47 - $8,481.00 = $125,881.47), said payment shall be personally delivered to counsel for Stellar Bank, Ted L. Walker or Andrew Gray.

All rights and remedies of all Parties are reserved related to future allowance of carve outs.

Signed: October 30, 2024

Jeffrey P. Norman
United States Bankruptcy Judge